# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.V.V., <br><br>     Petitioner, <br><br> v. <br><br> CHRISTOPHER J. LAROSE, Otay Mesa Detention Facility; GREGORY J. ARCHAMBEAULT, Acting Field Office Director, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of U.S. Department of Homeland Security; PAM BONDI, Attorney General of the United States, <br><br>     Respondents. | No. 25cv3272-BTM-MMP <br><br> **SCHEDULING ORDER** |

1  The parties are to appear before the Court on December 1, 2025, at 4:00 P.M., for a hearing on the petitioner's motion for a temporary restraining order. Respondents may file a response to the motion before the hearing and shall file a response to the petition no later than December 9, 2025. Petitioner may file a traverse no later than December 11, 2025.

**IT IS SO ORDERED.**

Dated:  November 24, 2025

_____
Honorable Barry Ted Moskowitz
United States District Judge