UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.V.V., <br><br> Petitioner, <br><br> v. <br><br> CHRISTOPHER J. LAROSE, Otay Mesa Detention Facility; GREGORY J. ARCHAMBEAULT, Acting Field Office Director, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of U.S. Department of Homeland Security; PAM BONDI, Attorney General of the United States, <br><br> Respondents. | No. 25cv3272-BTM-MMP <br><br> **ORDER GRANTING AMENDED PETITION FOR WRIT OF HABEAS CORPUS** |

Pending before the Court is Petitioner A.V.V.'s amended petition for a writ of habeas corpus.

In 2022, A.V.V. was granted parole. In 2024, Petitioner filed an application for asylum. A.V.V. fears human rights abuse in Nicaragua, his native country. On May 30, 2025, A.V.V. was detained by Immigration and Customs Enforcements (ICE) agents. On December 4, 2025, the Court granted A.V.V.'s motion for a temporary restraining order (TRO).

The Court ruled that it had jurisdiction over the lawfulness of the revocation of A.V.V.'s parole and that A.V.V. was likely to succeed in showing that his parole was unlawfully revoked. The Court made that ruling in part because the Government had not offered any evidence showing that A.V.V.'s parole was expired or lawfully revoked. The Court granted Respondents until 10:00 A.M. on December 11, 2025, to submit evidence showing that A.V.V.'s parole was expired or lawfully revoked.

The Government has not submitted any new evidence. The Court thus determines that A.V.V. has succeeded in showing that his parole was not lawfully revoked. There is no evidence that A.V.V.'s parole was expired or that his parole was lawfully revoked. The amended petition for a writ of habeas corpus is granted on count two. The other counts are denied as moot. Petitioner's parole is reinstated. Respondents shall confirm compliance with this order no later than December 12, 2025.

**IT IS SO ORDERED.**

Dated: December 11, 2025

Honorable Barry Ted Moskowitz
United States District Judge